ORDERED UNSEALED on 12/05/2023   s/ cynthialan

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>DWIGHT WILLIAM RHONE,<br><br>Defendant. | Case No.: **23mj4281-KSC**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm;<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about June 20, 2023, within the Southern District of California, defendant DWIGHT WILLIAM RHONE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Llama, Gabilondo y Cia, 45 caliber, Serial #C19433; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about June 20, 2023, within the Southern District of California, defendant DWIGHT WILLIAM RHONE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: nine (9) 45 caliber rounds, Fourteen (14) 9 mm Luger rounds in a seventeen round capacity magazine, and an additional two (2) 9 mm Luger rounds in a pocket; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_Kari S. Harrison_
Kari S. Harrison
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of November, 2023.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On June 20, 2023, San Diego Police Department (SDPD) officers were patrolling in the 3500 block of National Avenue, they observed a known 5-9 Brim criminal street gang member sitting in the passenger side of a vehicle with an unknown individual in the driver's seat in a parking lot for several minutes. Officers were familiar with the known individual and aware he had previously been arrested for a felon in possession of ammunition. When the vehicle left the parking lot the officers observed the vehicle did not have a functioning brake light in violation of 24252 (a) CVC and officers initiated a vehicle stop.

Officers observed the glove compartment being rapidly closed upon their approach. Officers noted the driver, Dwight RHONE, later identified via a prior booking photo was wearing, multiple layers of baggy clothing, appeared nervous and avoided eye contact with officers. RHONE had to check multiple pockets to provide an ID card. The passenger immediately rolled the window up upon the arrival of an officer on the passenger side of the vehicle, at the request of the officer the passenger rolled down the window slightly, officers observed a backpack sitting behind the passenger.

Based on the totality of the circumstances, Officers elected to conduct a weapons pat down on Rhone and the vehicle prior to continuing the traffic stop. RHONE stalled and avoided exiting the vehicle while leaning forward and claiming to have medical issues. Upon exiting the vehicle, Officers discovered a Llama .45 caliber handgun concealed inside RHONES jacket. The handgun was loaded with 9 rounds of .45 caliber ammunition. Officers also located in RHONE'S rear left pants pocket a 17 round capacity magazine for a Sig Sauer handgun loaded with 14 rounds of 9 mm and two additional 9 mm rounds loose in the pocket. A records check revealed that the firearm was unregistered and that RHONE had at least three felony convictions in San Diego County and is prohibited from possessing firearms and ammunition.

3

A records check on RHONE revealed that he had the following felony criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/26/2021 | CASO San Diego | 3056 PC Violation of parole: Felony | Finish Term |
| 07/02/2019 | CASD CORR | 11350(A) HS- Possess Narc Controlled Substance | 16 months Prison |
| 07/02/2019 | CASC San Diego Central | 290.018(B) PC-Faul Reg W/Fel Sex Off/PR | 16 months Prison |
| 08/29/2011 | CASD CORR RJ Donovan | Violation of Parole Felony | Finish Term |
| 05/12/2011 | CASD CORR RJ Donovan | Violation of Parole Felony | Finish Term |
| 06/19/2007 | CASD CORR RJ Donovan | 667.5 (B) PC PR Prison :New Felony | 6 years Prison |
| 12/06/2005 | CASD CORR RJ Donovan | Violation of Parole | Finish Term |
| 02/28/2005 | CASD CORR RJ Donovan | 290(F)(2) PC-Sex Registrant Fail Rpt Name Chg | 2 years Prison |
| 06/21/2004 | CASD CORR RJ Donovan | Violation of Parole | Finish Term |

Preliminary checks revealed that the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may result in the

4

destruction of evidence or otherwise have a negative impact on this continuing investigation.

*Kari S. Harrison*
Kari S. Harrison
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of November, 2023.

HON. KAREN S. CRAWFORD
United States Magistrate Judge