UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23cr2576-JES |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; |
| DWIGHT WILLIAM RHONE, | |
| Defendant. | 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; |

The United States Attorney charges:

COUNT ONE

On or about June 20, 2023, within the Southern District of California, defendant DWIGHT WILLIAM RHONE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Llama, Gabilondo y Cia, 45 caliber, Serial #C19433; in violation of Title 18, United States Code, Section 922(g)(1).

DPF:San Diego
12/19/23

COUNT TWO

On or about June 20, 2023, within the Southern District of California, defendant DWIGHT WILLIAM RHONE, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: ten (10) 45 caliber rounds (1-Hornaday, 9-Winchester) Fourteen (14) 9 mm Luger rounds in a seventeen round capacity magazine and an additional two (2) 9 mm Luger rounds in a pocket; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: December 19, 2023

TARA K. MCGRATH
United States Attorney

By:

/s/ David Finn

DAVID P. FINN
Assistant U.S. Attorney