MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____USA_____ V. _____Dwight William Rhone_____

Case Number: __3:23-cr-2576-JES__   EXHIBIT LIST   __Evidentiary Hearing__

____ Plaintiff   _X_ Defendant   ____ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| A | 06/18/2024 | 06/18/2024 | Google Map Image: 35th Street and Newton Avenue |
| B | 06/18/2024 | 06/18/2024 | Google Street View: 952 S. 35th Street |
| C | 06/18/2024 | 06/18/2024 | Google Street View: 3498 Newtown Avenue |
| D | 06/18/2024 | 06/18/2024 | Google Street View: 3455 Newton Avenue |
| E | 06/18/2024 | 06/18/2024 | Video: Body Camera Footage – June 20, 2024. Previously filed as Exhibit B to ECF 34. |