USA                                    V.    Dwight William Rhone

Case Number:  3:23-cr-2576-JES          WITNESS LIST        Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|------|-----|-----|--------------|
| 06/18/2024 | X | | Gregory Simon, San Diego Police Officer |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |